# FINANCIAL DISCLOSURE REPORT
## Nomination Report

AO-10 (s)
Rev. 8/96

Report Required by the Ethics
Reform Act of 1989, Pub L No.
101-194, November 30, 1989
(5 U.S.C. App. 4, Sec. 101-112)

| 1. Person Reporting *(Last name, first, middle initial)* | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| King, Garr M. | US District Court-Dist of Or | 10/09/1997 |

| 4. Title *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)* | 5. Report Type *(check type)* | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Nominee | X Nomination, Date / / ___ Initial ___ Annual ___ Final | 01/01/1996 to 09/30/1997 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| Kennedy, King & Zimmer LLP 2600 SW Fifth Ave., Ste. 2600 Portland, Or 97204 | Reviewing Officer _____ Date _____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on the last page.*

## I. POSITIONS *(Reporting individual only; see pp. 9-13 of Instructions)*

| POSITION | NAME OF ORGANIZATION / ENTITY |
|---|---|
| ___ NONE *(No reportable positions.)* | |
| 1 Co-Manager | King Partners L.L.C. |
| 2 | |
| 3 | |

## II. AGREEMENTS *(Reporting individual only; see pp. 14-17 of Instructions.)*

| DATE | PARTIES AND TERMS |
|---|---|
| ___ NONE *(No reportable agreements.)* | |
| 1 Date of Agreement  1995 | Partnership Agreement with Kennedy, King & Zimmer. Provides for payment of my capital account and my percentage of accounts receivable and work in process to be paid over two years from termination |
| 2 | |
| 3 | |

## III. NON-INVESTMENT INCOME *(Reporting individual and spouse; see pp. 18-25 of Instructions.)*

| DATE | PARTIES AND TERMS | GROSS INCOME *(yours, not spouse's)* |
|---|---|---|
| ___ NONE *(No reportable non-investment income.)* | | |
| 1 1996 | Kennedy, King & Zimmer | $ 454,542.00 |
| 2 1996 | Kennedy, King & Zimmer | $ 469,449.00 |
| 3 01/01/97 – 09/30/97 | Kennedy, King & Zimmer - estimated | $ 350,000.00 |
| 4 | | |
| 5 | | |

Digitized by Google

FINANCIAL DISCLOSURE REPORT

King, Gerr M.

10/09/1987

## IV. REIMBURSEMENTS and GIFTS – transportation, lodging, food, entertainment.

*(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate reportable reimbursements and gifts received by spouse and dependent children, respectively. See pp. 26-29 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| | NONE (No such reportable reimbursements or gifts) | |
| 1 | Exempt | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. OTHER GIFTS

*(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate other gifts received by spouse and dependent children, respectively. See pp. 30-33 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| | NONE (No such reportable gifts) | | |
| 1 | Exempt | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |

## VI. LIABILITIES

*(Includes those of spouse and dependent children; indicate where applicable, person responsible for liability by using the parenthetical "(S)" for separate liability of the spouse, "(J)" for joint liability of reporting individual and spouse, and "(DC)" for liability of a dependent child. See pp. 34-36 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| X | NONE (No reportable liabilities) | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |

* VAL CODES: J=$15,000 or less    K=$15,001-$50,000    L=$50,001 to $100,000    M=$100,000-$250,000    N=$250,001-$500,000
O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000    P2=$5,000,001-$25,000,000    P3=$25,000,001-$50,000,000    P4=$50,000,001 or more

Digitized by Google

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>King, Garr M. | Date of Report<br>10/09/1997 |
|---|---|---|

## VII. Page 1 INVESTMENTS and TRUSTS
*— Income, value, transactions (includes those of spouse and dependent children. See pp. 37-54 of Instructions.)*

| A.<br>Description of Assets<br><br>*Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child.*<br><br>*Place "(X)" after each asset exempt from prior disclosure.* | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amt.<br>Code<br>(A-H) | (2)<br>Type<br>(e.g.,<br>dividend,<br>rent or<br>interest) | (1)<br>Value<br>Code<br>(J-P) | (2)<br>Value<br>Method<br>Code<br>(Q-W) | (1)<br>Type<br>(e.g.,<br>buy, sell,<br>merger,<br>redemp-<br>tion) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month-<br>Day | (3)<br>Value<br>Code<br>(J-P) | (4)<br>Gain<br>Code<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| NONE (no reportable income, assets, or transactions) | | | | EXEMPT | | | | | |
| 1 U.S. National Bank (J) | A | Interest | K | T | | | | | |
| 2 Columbia Daily Inc. Fund (J) | D | Interest | J | T | | | | | |
| 3 Kennedy, King & Zimmer Partnership Agreement | | | O | W | | | | | |
| 4 Oregon State Reg-Ser (J) | C | Interest | K | T | | | | | |
| 5 Oregon State R.C. AO (J) | C | Interest | K | T | | | | | |
| 6 Oregon State Vets Ser. 75 (J) | C | Interest | K | T | | | | | |
| 7 Portland Ore Ser B (J) | B | Interest | K | T | | | | | |
| 8 Wash. Co. Ore Re-Jo (J) | B | Interest | K | T | | | | | |
| 9 Wash. Co. Ore Uni Ser (J) | B | Interest | K | T | | | | | |
| 10 Yamhill Co. Ore. S.D. (J) | B | Interest | K | T | | | | | |
| 11 Portland Or. Housing 11-1-35 (J) | C | Interest | K | T | | | | | |
| 12 Portland Or. Housing 1-1-37 (J) | C | Interest | K | T | | | | | |
| 13 Fleming Co. Inc. 12-15-61 (J) | D | Interest | N | T | | | | | |
| 14 900 Shs Airtouch (J) common stock | | | J | T | | | | | |
| 15 600 Shs Analog Devices (J) common stock | | | K | T | | | | | |
| 16 600 Shs Cisco Sys. Inc. (J) common stock | | | K | T | | | | | |
| 17 900 Shs Invacare Corp. (J) common stock | A | Dividend | J | T | | | | | |

1 Income Gain Code: A=$1,000 or less B=$1,001-$2,500 C=$2,501-$5,000 D=$5,001-$15,000 E=$15,001-$50,000
(Col. B1, D4) F=$50,001-$100,000 G=$100,001-$1,000,000 H1=$1,000,001-$5,000,000 H2=$5,000,001 or more
2 Value Code: J=$15,000 or less K=$15,001-$50,000 L=$50,001-$100,000 M=$100,001-$250,000 N=$250,001-$500,000
(Col. C1, D3) O=$500,001-$1,000,000 P1=$1,000,001-$5,000,000 P2=$5,000,001-$25,000,000 P3=$25,000,001-$50,000,000 P4=$50,000,001 or more
3 Value Method Code: Q=Appraisal R=Cost (real estate only) S=Assessment T=Cash/Market
(Col. C2) U=Book Value V=Other W=Estimated

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>King, Garr M. | Date of Report<br>10/09/1997 |
|---|---|---|

## VII. Page 2 INVESTMENTS and TRUSTS

— *Income, value, transactions (includes those of spouse and dependent children. See pp. 37-54 of Instructions.)*

| A.<br>Description of Assets<br><br>*Indicate where applicable, owner of the asset by using the parenthetical "(I)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child.*<br><br>*Place "(X)" after each asset exempt from prior disclosure.* | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amt.<br>Code<br>(A-H) | (2)<br>Type<br>(e.g.,<br>dividend<br>rent or<br>interest) | (1)<br>Value<br>Code<br>(J-P) | (2)<br>Value<br>Method<br>Code<br>(Q-W) | (1)<br>Type<br>(e.g.,<br>buy, sell,<br>merger,<br>redemption) | If not exempt from disclosure | | | | |
| | | | | | | (2)<br>Date:<br>Month-<br>Day | (3)<br>Value<br>Code<br>(J-P) | (4)<br>Gain<br>Code<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) | |
| NONE (no reportable income, assets, or transactions) | | | | EXEMPT | | | | | | |
| 18 500 shs Motorola Inc. | A | Dividend | K | T | | | | | | |
| 19 556 Shs Allstate Inc. (J) common stock | A | Dividend | K | T | | | | | | |
| 20 500 Shs Amp, Inc. (J) common stock | A | Dividend | K | T | | | | | | |
| 21 600 Shp Boeing Co. (J) common stock | A | Dividend | K | T | | | | | | |
| 22 500 Shs Calpine Corp. (J) common stock | | | K | T | | | | | | |
| 23 500 Shs Chase Man. (J) common stock | B | Dividend | J | T | | | | | | |
| 24 500 Shs Chevron Corp. (J) common stock | B | Dividend | K | T | | | | | | |
| 25 300 Shs Deere Corp. (J) common stock | A | Dividend | K | T | | | | | | |
| 26 900 Shs Atlas Air (J) common stock | | | K | T | | | | | | |
| 27 905 Shs First Chicago Corp. (J) common stock | B | Dividend | L | T | | | | | | |
| 28 936 Shs Kimberly Clark (J) common stock | B | Dividend | K | T | | | | | | |
| 29 2400 Shs Longview Fiber (J) common stock | C | Dividend | K | T | | | | | | |
| 30 300 Shs Merck & Co. (J) common stock | A | Dividend | K | T | | | | | | |
| 31 400 Intel Corp. | | | K | T | | | | | | |
| 32 300 Shs Monsanto (J) common stock | A | Dividend | J | T | | | | | | |
| 33 300 Shs Procter & Gamble (J) common stock | A | Dividend | K | T | | | | | | |
| 34 600 Shs Safeco Corp. (J) common stock | B | Dividend | K | T | | | | | | |

1 Inc/Gain Codes: A=$1,000 or less  B=$1,001-$2,500  C=$2,501-$5,000  D=$5,001-$15,000  E=$15,001-$50,000
(Col. B1, D4)  F=$50,001-$100,000  G=$100,001-$1,000,000  H1=$1,000,001-$5,000,000  H2=$5,000,001 or more

2 Val Codes: J=$15,000 or less  K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000  N=$250,001-$500,000
(Col. C1, D3)  O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000  P3=$25,000,001-$50,000,000  P4=$50,000,001 or more

3 Val Mth Codes: Q=Appraisal  R=Cost (real estate only)  S=Assessment  T=Cash/Market
(Col. C2)  U=Book Value  V=Other  W=Estimated

Digitized by Google

815

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>King, Garr M. | Date of Report<br>10/09/1997 |
|---|---|---|

**VII. Page 3 INVESTMENTS and TRUSTS** — *Income, value, transactions (includes those of spouse and dependent children. See pp. 37-54 of instructions.)*

| A.<br>Description of Assets<br><br>*Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child.*<br><br>*Place "(X)" after each asset exempt from prior disclosure.* | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amt.<br>Code<br>(A-H) | (2)<br>Type<br>(e.g.,<br>dividend,<br>rent or<br>interest) | (1)<br>Value<br>Code<br>(J-P) | (2)<br>Value<br>Method<br>Code<br>(Q-W) | (1)<br>Type<br>(e.g.,<br>buy, sell,<br>merger,<br>redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month-<br>Day | (3)<br>Value<br>Code<br>(J-P) | (4)<br>Gain<br>Code<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| NONE (no reportable income, assets, or transactions) | | | | | EXEMPT | | | | |
| 35 600 Sha Sear Roebuck (J) common stock | A | Dividend | K | T | | | | | |
| 36 1000 Sha U.S. Bancorp (J) common stock | B | Dividend | L | T | | | | | |
| 37 500 Sha Wash. Mutual (J) common stock | A | Dividend | K | T | | | | | |
| 38 50 Sha Willamette Ind. (J) common stock | A | Dividend | K | T | | | | | |
| 39 400 Sha Bristol Myers (J) common stock | B | Dividend | K | T | | | | | |
| 40 1370 Sha U.S. Bancorp (J) common stock | C | Dividend | M | T | | | | | |
| 41 73,957 Sha National Computer Systems (J) common stock | B | Dividend | P1 | T | | | | | |
| 42 1170 Sha Drypers Inc. (J) common stock | | | J | T | | | | | |
| 43 3500 Sha Wholesome & Hearty Foods (J) common stock | | | K | T | | | | | |
| 44 400 Sha Hartford Steam (J) common stock | B | Dividend | K | T | | | | | |
| 45 1200 Sha Klamath 1st Bank (J) common stock | A | Dividend | K | T | | | | | |
| 46 600 Sha Safeco (J) common stock | A | Dividend | K | T | | | | | |
| 47 700 Sha Washington Federal (J) common stock | B | Dividend | K | T | | | | | |
| 48 600 Sha Barrick Gold (J) common stock | A | Dividend | K | T | | | | | |
| 49 1500 Sha Cascade Corp. (J) common stock | A | Dividend | K | T | | | | | |
| 50 400 Sha Cons. Papers (J) common stock | A | Dividend | K | T | | | | | |
| 51 300 Sha Green Brier Co. (J) common stock | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| (Col. B1, D4) | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |
| 2 Value Codes: | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
| (Col. C1, D3) | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |
| 3 Value Meth Codes: | Q=Appraisal | R=Cost (real estate only) | S=Assessment | | T=Cash/Market |
| (Col. C2) | U=Book Value | V=Other | W=Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>King, Garr M. | Date of Report<br>10/09/1997 |
|---|---|---|

## VII. Page 4 INVESTMENTS and TRUSTS
*—Income, value, transactions (includes those of spouse and dependent children. See pp. 37-54 of Instructions.)*

| A.<br>Description of Assets<br><br>Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child.<br><br>Place "(X)" after each asset exempt from prior disclosure. | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amt.<br>Code<br>(A-H) | (2)<br>Type<br>(e.g., dividend, rent or interest) | (1)<br>Value<br>Code<br>(J-P) | (2)<br>Value Method Code<br>(Q-W) | (1)<br>Type<br>(e.g., buy, sell, merger, redemption) | If not exempt from disclosure | | | | |
| | | | | | | (2)<br>Date:<br>Month-Day | (3)<br>Value Code<br>(J-P) | (4)<br>Gain Code<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) | |
| NONE (no reportable income, assets, or transactions) | | | | | | | | | | |
| 52 1200 Shs Longview Fiber (J) common stock | A | Dividend | K | T | | | | | | |
| 53 900 Shs Oro Steel Mills (J) common stock | A | Dividend | K | T | | | | | | |
| 54 500 Shs Pope & Talbot (J) common stock | A | Dividend | J | T | | | | | | |
| 55 1100 Shs T J International (J) common stock | A | Dividend | K | T | | | | | | |
| 56 800 Shs Albertsons (J) common stock | A | Dividend | K | T | | | | | | |
| 57 1500 Shs Fred Meyer (J) common stock | | | L | T | | | | | | |
| 58 350 Shs Quality Food Ctr (J) common stock | | | J | T | | | | | | |
| 59 1000 Shs N.W. Natl Gas (J) common stock | B | Dividend | K | T | | | | | | |
| 60 $20,000 Alaska Air Coms. Bond (J) common stock | B | Interest | K | T | | | | | | |
| 61 600 Shs Oracle Corp (J) common stock | | | K | T | | | | | | |
| 62 Cash in brokerage Accounts (J) | B | Interest | K | T | | | | | | |
| 63 1200 Shs Pall Corp (J) common stock | A | Dividend | K | T | | | | | | |
| 64 Transamerica-401(k) Asset Mgt (J) | G | Dividend, e. | P1 | T | | | | | | |
| 65 Executive Plaza Ltd. Partnership (J) | A | Interest | J | W | | | | | | |
| 66 Blumenthal & King (Real Estate Partnership) (J) | E | Rent | N | W | | | | | | |
| 67 M&P Co. (Real Estate Partnership - Utah) (J) | E | Rent | N | W | | | | | | |
| 68 BMP Dev. (Limited Partnership) (J) | A | Interest | N | W | | | | | | |

| 1 Income Gain Codes: A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|
| (Col B1, D4) F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |
| 2 Value Codes: J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
| (Col C1, D3) O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |
| 3 Value Mth Codes: Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market | |
| (Col C2) U=Book Value | V=Other | W=Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>King, Garr M. | Date of Report<br>10/09/1997 |
|---|---|---|

**VII. Page  5 INVESTMENTS and TRUSTS** — *Income, value, transactions (includes those of spouse and dependent children. See pp. 37-56 of Instructions.)*

| A.<br>Description of Assets<br><br>*Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child.*<br><br>*Place "(X)" after each asset exempt from prior disclosure.* | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amt. Code<br>(A-H) | (2)<br>Type (e.g., dividend, rent or interest) | (1)<br>Value Code<br>(J-P) | (2)<br>Value Method Code<br>(Q-W) | (1)<br>Type (e.g., buy, sell, merger, redemption) | If not exempt from disclosure | | | | |
| | | | | | | (2)<br>Date<br>Month-Day | (3)<br>Value Code<br>(J-P) | (4)<br>Gain Code<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) | |
| NONE (no reportable income, assets, or transactions) | | | | | EXEMPT | | | | | |
| 69 MacKinnon Financial Services (Partnership) (J) | | | J | W | | | | | | |
| 70 Comm. Financial LTD Partnership (J) | A | Interest | J | T | | | | | | |
| 71 Loan to MacKinnon Financial | B | Interest | N | T | | | | | | |
| 72 Residence at  Potter Street, Eugene, Or | | | N | W | | | | | | |
| 73 2/7ths interest in Beach Lots - Netarts, Or | | | N | W | | | | | | |
| 74 Beach Lots - Cove Beach, Or | | | L | W | | | | | | |
| 75 101 Units of King Family L.L.C. | | | L | W | | | | | | |
| 76 Debt Due from Cohrs | | | L | T | | | | | | |
| 77 IRA Value Line Fund (J) | D | Dividend, e. | L | T | | | | | | |
| 78 Vacant Lot, Black Butte, Ore | | | N | R | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

| 1 Inc/Gain Code: | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| (Col. B1, D4) | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |
| 2 Val Code: | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
| (Col. C1, D3) | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |
| 3 Val Mth Code: | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market | |
| (Col. C2) | U=Book Value | V=Other | W=Estimated | | |

Digitized by Google

# 818

Name of Person Reporting
King, Garr M.

Date of Report
10/09/1997

FINANCIAL DISCLOSURE REPORT

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. (Indicate part of report.)

☐ NONE (No additional information or explanations.)

SECTION 8: Explanatory Comments: Reporting for period 1-1-96 through 9-30-97 (1 1/2 years) - I have not reported sales or capital gains during that period except gains in my 401(k) account. That account is a common fund with Transamerica Co. No amounts were distributed to me.

Digitized by Google

## IX. CERTIFICATION

In compliance with the provisions of 28 U.S.C. 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all the information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. 4, section 501 et. seq., 5 U.S.C. 7353 and Judicial Conference regulations.

Signature _____   Date _10-9-97_

Note:    Any individual who knowingly and wilfully falsifies or fails to file this report may be subject to civil and criminal sanctions (5 U.S.C. App. 4, Section 104).

### FILING INSTRUCTIONS

Mail original and three additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
One Columbus Circle, N.E.
Suite 2-301
Washington, D.C. 20544

Digitized by Google